# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In Re: | ) IN CHAPTER 7 PROCEEDINGS |
| | ) |
| ROBERT & JESSICA LEFFLER, | ) BK 20-60264 |
| | ) |
| Debtor. | ) |
| | ) |
| DONALD M. SAMSON, Trustee, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Adv. 22-06002 |
| | ) |
| MONARCH LEGAL GROUP LLC | ) |
| | ) |
| Defendant. | ) |

## MOTION TO VACATE ENTRY OF DEFAULT AND DISMISS WITH PREJUDICE

Comes now Donald M. Samson, trustee, pursuant to order entered June 7, 2022, having received payment from Burnette Legal Group LLC dba Monarch Legal Group in the amount of $6,000.00 requests that the entry of default entered April 11, 2022, be vacated and the above captioned adversary be dismissed with prejudice.

**WHEREFORE**, Donald M. Samson, trustee, prays that the entry of default entered April 11, 2022, be vacated and the above captioned adversary proceeding be dismissed with prejudice and for such further relief as this court deems just and equitable.

DATE: 06/20/22

/s/ Donald M. Samson
DONALD M. SAMSON, Trustee
226 W. Main St., Ste. 102
Belleville, IL  62220
618-235-2226

## **CERTIFICATE OF SERVICE**

  The undersigned certifies that on the 20th day of June, 2022, a copy of the foregoing document, Motion to Vacate Entry of Default and Dismiss Adversary with Prejudice was served upon the following either electronically or by first class mail, postage prepaid:

Timothy Burnette
Burnette Legal Group LLC
tburnettelaw@gmail.com

Jay B. Howd
Attorney at Law
206 W. Deyoung
Marion, IL 62959

Office of the U.S. Trustee
Becker Building, Room 1100
401 Main Street
Peoria, IL  61602

                /s/ Andrew Bushnell-Chamness